Mary MIHALKO, Administratrix of the Estate of Gene Mihalko, Deceased

v.

The BALTIMORE AND OHIO RAILROAD COMPANY, a Corporation, Appellant.

Ida LAYMAN, Administratrix of the Estate of Delina Pappafava, Deceased (Appellee in No. 15362)

v.

The BALTIMORE AND OHIO RAILROAD COMPANY, a Corporation, Defendant and Third-Party Plaintiff, Appellant,

v.

Mary MIHALKO, Administratrix of the Estate of Gene Mihalko, Deceased, Third-Party Defendant (Appellee in No. 15363).

Mary DURANTE, Administratrix of the Estate of Anna L. Vinsick, Deceased (Appellee in No. 15364)

v.

The BALTIMORE AND OHIO RAILROAD COMPANY, a Corporation, Defendant and Third-Party Plaintiff, Appellant,

v.

Mary MIHALKO, Administratrix of the Estate of Gene Mihalko, Deceased, Third-Party Defendant (Appellee in No. 15365).

Nos. 15361–15365.

United States Court of Appeals Third Circuit.

Argued Nov. 19, 1965.

Decided Dec. 6, 1965.

E. V. Buckley, Pittsburgh, Pa. (Mercer & Buckley, Pittsburgh, Pa., on the brief), for appellant.

Abe R. Cohen, Crone & Cohen, Pittsburgh, Pa., for plaintiffs-appellees Ida Layman, etc. and Mary Durante.

Paul E. Moses, Pittsburgh, Pa., for plaintiff-appellee Mary Mihalko, etc.

Thomas F. Weis, Weis & Weis, Pittsburgh, Pa., for third-party defendant-appellee Mary Mihalko.

Robert B. Ivory, Evans, Ivory & Evans, Pittsburgh, Pa., on the brief, for plaintiffs-appellees.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM:

Upon review of the record we find no error. The Judgment of the District Court entered December 8, 1964 pursuant to the jury's verdict in favor of the plaintiffs will be affirmed.

THIRD NATIONAL BANK AND TRUST COMPANY OF SCRANTON, Appellant,

v.

The AETNA CASUALTY AND SURETY COMPANY.

THIRD NATIONAL BANK AND TRUST COMPANY OF SCRANTON,

v.

The AETNA CASUALTY AND SURETY COMPANY, Appellant.

Nos. 15027, 15028.

United States Court of Appeals Third Circuit.

Argued March 4, 1965.

Decided Dec. 9, 1965.

Rehearing Denied in No. 15028, Jan. 3, 1966.

Ernest J. Gazda, Scranton, Pa. (Matthew D. Mackie, Scranton, Pa., on the brief), for Third Nat. Bank & Trust Co. of Scranton.